GEOFFREY V. WHITE (SBN. 068012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile:  (415) 362-4115
Email:  gvwhite@sprynet.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABITA DHAPOLA, M.D., | Case No.  CV-09-5332 JL |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL AND ORDER |
| v. | |
| PERMANENTE MEDICAL GROUP, INC., PERMANENTE MEDICAL GROUP, INC. LONG-TERM DISABILITY PLAN, and LIFE INSURANCE CO. OF NORTH AMERICA, a Pennsylvania corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(i), Plaintiff hereby voluntarily dismisses this action against the above-named defendants, without prejudice.

DATED: December 22, 2009            LAW OFFICE OF GEOFFREY V. WHITE

                                    By_____
                                       Geoffrey V. White
                                       Attorneys for Plaintiff

**IT IS SO ORDERED**

Dated:  12/23/09
                                    _____
                                    United States District Judge

NOTICE OF VOLUNARY DISMISSAL AND ORDER  - Case No. CV-09-5332 JL

- 1 -